# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRACY L. NIGHSWONGER,    )<br>    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>NANCY A. BERRYHILL,    )<br>**Acting Commissioner of Social**    )<br>**Security Administration,**    )<br>    )<br>    Defendant.    ) | Case No. CIV-15-389-RAW-KEW |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On March 13, 2017, Magistrate Judge West entered her Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 29th day of March, 2017.

`Dated this 29`<sup>th</sup>` day of March, 2017.`

Ronald A. White
United States District Judge
Eastern District of Oklahoma